1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ANTOLIN ANDREWS,

11              Plaintiff,                    No. CIV S-03-1218 WBS EFB P

12        vs.

13   SANTOS CERVANTES, et al.,

14              Defendants.                   <u>ORDER</u>

15   _____/

16          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19          On May 5, 2008, the magistrate judge filed findings and recommendations herein

20   which were served on plaintiff and which contained notice to plaintiff that any objections to the

21   findings and recommendations were to be filed within twenty days.  Plaintiff has filed objections

22   to the findings and recommendations; the undersigned has considered the objections and has

23   determined there is no need to modify the findings and recommendations.

24          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

25   304, this court has conducted a <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the

26   entire file, the court finds the findings and recommendations to be supported by the record and

1

by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed May 5, 2008, are adopted in full; and

2.  Plaintiff's request for injunctive relief against defendant Tilton is dismissed as moot.

DATED:   July 8, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE