IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTOLIN ANDREWS,

     Plaintiff,                   No. CIV S-03-1218 WBS EFB P

     vs.

SANTOS CERVANTES, et al.,

     Defendants.          ORDER

_____/

     Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. Defendants request an extension of time to file and serve a response to the complaint. *See* Fed. R. Civ. P. 6(b).

     Defendants' July 31, 2008, request is granted and defendants have 20 days from the date this order is served to file and serve a response to the complaint.

     So ordered.

Dated: August 11, 2008.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE