IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTOLIN ANDREWS,

      Plaintiff,     No. CIV S-03-1218 EFB P

  vs.

SANTOS CERVANTES, et al.,

      Defendants.     ORDER
_____/

Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. Defendants request an extension of time to file and serve responses to plaintiff's discovery requests. *See* Fed. R. Civ. P. 6(b). They also seek additional time to respond to plaintiff's motion to strike and opposition to their motion to dismiss.

Defendants' September 12 and October 17, 2008, requests are granted, and defendants have 30 days from the date this order is served to file and serve responses to discovery requests and a response to plaintiff's motion to strike and opposition to the motion to dismiss.

So ordered.

Dated: December 2, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE