IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTOLIN ANDREWS,

    Plaintiff,                        No. CIV S-03-1218 EFB P

    vs.

SANTOS CERVANTES, et al.,

    Defendants.                <u>ORDER</u>

_____/

       Plaintiff is a prisoner without counsel suing under 42 U.S.C. § 1983 for alleged civil rights violations. Currently pending is defendants' motion to withdraw their motion for a protective order staying discovery pursuant to Rule 26(c) of the Federal Rules of Civil Procedure.

       Defendants filed a motion to dismiss on August 18, 2008. On August 29, 2008, defendants moved for an order staying discovery until the court ruled on the motion to dismiss. Plaintiff opposed that motion, and defendants now seek leave to withdraw the motion, asserting that they and plaintiff are working to reach an agreement about postponing any further discovery until the court resolves the motion to dismiss.

////

////

1

1     Accordingly, it is ORDERED that:

2     1.  Defendants' August 29, 2008, request to withdraw the motion for a protective order is granted; and,

4     2.  Defendants' August 29, 2008, motion is deemed withdrawn.

Dated: December 23, 2008.

*Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE