IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTOLIN ANDREWS,

    Plaintiff,      No. CIV S-03-1218 EFB P

  vs.

SANTOS CERVANTES, et al.,

    Defendants.    <u>ORDER</u>

_____/

   Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  Currently pending before the court is defendants' request for an extension of time to file responses to discovery requests.  *See* Fed. R. Civ. P. 6(b).  Defendants assert that until the court resolves their  motion to dismiss, it would be premature for them to engage in the discovery process.  In support of their request, defendants have filed a stipulation signed by plaintiff and by counsel for the defendants.

   Good cause appearing, defendants' January 2, 2009, request for an extension of time to respond to discovery requests is granted.  Defendants shall have 30 days from the date this court resolves the motion to dismiss to serve responses to plaintiff's discovery requests.

   So ordered..

Dated:  February 5, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE