IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTOLIN ANDREWS,

      Plaintiff,                        No. CIV S-03-1218 EFB P

      vs.

SANTOS CERVANTES, et al.,

      Defendants.              ORDER

_____/

      Plaintiff is a former prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. On January 10, 2011, defendants filed a motion to dismiss, or in the alternative, motion to compel. *See* Dckt. No. 86. Plaintiff has not filed an opposition or statement of no opposition to the motion.

      Accordingly, it is hereby ORDERED that, within fourteen days of the date of this order, plaintiff shall file an opposition or statement of no opposition to defendants' motion.

      Failure to comply with this order will result in a recommendation that this action be dismissed.

DATED: February 1, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE